# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2023 KW 0908

VERSUS

MAXWELL CARROLL                                      **DECEMBER 4, 2023**

---

In Re:     Maxwell Carroll, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 16-
           CR7-132981.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the Washington Parish
Clerk's  Office  reflect  that  the  district  court  acted  on
relator's  "Motion  and  Order  for  Boykin  and  Sentencing
Transcript" on August 7, 2023.

                              **PMc**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT